**Order entered April 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00262-CR

---

### JACOB NATHAN ROSS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1611734-V**

---

### ORDER

This case was submitted on March 20, 2019.

The reporter's record was filed July 10, 2018. Volume 5 contains a photocopy of State's Exhibit 70, the DVD of a 911 call offered and admitted at trial. Because a photocopy of a DVD does not provide this Court with anything to review, we **ORDER** court reporter Peri Wood to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit 70, the DVD of a 911 call, within **TEN DAYS** of the date of this order.

Additionally, this Court received a letter dated March 19, 2019, from the State stating that the jail call filed with this Court as State's Exhibit 64 is a different jail call from the one that was offered, admitted and published to the jury at trial as State's Exhibit 64. The letter states the parties have agreed to a substitution for the previously filed State's Exhibit 64 with the correct

jail call. The letter recites that a copy was sent to counsel for appellant via e-service, who has filed no response or objection. As of the date of this order, this Court has not received the substituted exhibit. We therefore **ORDER** court reporter Peri Wood to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit 64, the proper jail call that was offered admitted and published to the jury at trial as State's Exhibit 64 within **TEN DAYS** of the date of this order.

We **DIRECT** the clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Peri Wood, official court reporter for the 292nd Judicial District Court; and counsel for all parties.


/s/     LANA MYERS
        PRESIDING JUSTICE